697 A.2d 587

**Sybil SCHLACHTER and William Schlachter, husband and wife, Petitioners,**

v.

**COLONIAL SCHOOL DISTRICT, a/k/a, Colonial School Authority, a/k/a, Plymouth Whitemarsh Joint School Authority, Respondent.**

Supreme Court of Pennsylvania.

Aug. 12, 1997.

## *ORDER*

PER CURIAM.

AND NOW, this 12th day of August, 1997, the Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court is vacated and the case is remanded for reconsideration under *Grieff v. Reisinger,* 548 Pa. 13, 693 A.2d 195 (1997).